# EXHIBIT 2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
- [ ] FEPA
- [x] EEOC

_____ and EEOC
State or local Agency, if any

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was also treated in a discriminatory manner and retaliated, harassed and disciplined when I reported the discontinuance of the standard roll call and the mandatory health assessment for the Coronavirus. I was often placed in the position to be exposed because of several members and officials refusal to wear the required mask.

I was discriminated against and treated in a disparate manner, retaliated and harassed because I was a witness regarding a female officer who was mistreated and harassed by a Emergency Response team official and I was requested to provide a statement which did not corroborate with the other male officers and officials untruthful versions of the actual incident. I became the target of several investigations which caused anxiety and health issues.

I was discriminated, harassed, retaliated against because I had knowledge and was a witness of several incidents and complaints of disparate treatment, retaliatory actions against several female officers within the Special Operations Division.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 12/23/20
Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Received by EEOC
Washington Field Office
Date: 01/05/2021