**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SINOBIA N. BRINKLEY, *et al.*, | |
| *Plaintiffs,* | |
| v. | No. 21-CV-01537 (RBW) |
| DISTRICT OF COLUMBIA, | |
| *Defendant.* | |

## DEFENDANT DISTRICT OF COLUMBIA'S UNOPPOSED MOTION TO EXTEND ITS TIME TO ANSWER

Defendant District of Columbia respectfully moves under Fed. R. Civ. P. 6(b)(1)(A) for a 60-day extension of its deadline to file an answer to the Third Amended Complaint, from April 10, 2026, to June 9, 2026.  The grounds for this request are explained in the accompanying memorandum of points and authorities.  A proposed order is also included with this motion.

Date:   April 10, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ *Sarah Preis*
SARAH PREIS [997387]
HAILEY GUILLORY [90022027]
Assistant Attorneys General
400 6th Street, NW

Washington, D.C. 20001
(202) 727-5291
sarah.preis@dc.gov

*Counsel for Defendant District of Columbia*

## CERTIFICATE OF LCvR 7(m) COMPLIANCE

I hereby certify that on April 8, 2026, I contacted Plaintiffs' counsel for Plaintiffs'

position on this motion.  Plaintiffs, through counsel, indicated they do not oppose the requested

relief.

/s/ Sarah Preis
SARAH PREIS

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SINOBIA N. BRINKLEY, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 21-CV-01537 (RBW) |
| DISTRICT OF COLUMBIA, | |
| *Defendant*. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S
UNOPPOSED MOTION TO EXTEND ITS TIME TO ANSWER**

Defendant District of Columbia (the District) respectfully moves for an extension of time to file an answer to the Third Amended Complaint, from April 10, 2026, to June 9, 2026.

Federal Rule of Civil Procedure 6(b)(1)(A) allows for extensions of deadlines with a showing of "good cause."  The District files this motion before the expiration of its current April 10, 2026 response deadline and good cause supports this motion.  This action brings claims on behalf of 10 plaintiffs, 14 counts remain in the Third Amended Complaint following the Court's resolution of the District's motion to dismiss, and the Third Amended Complaint spans 187 pages and 1,470 enumerated paragraphs.  Therefore, additional time is needed to parse through Plaintiffs' remaining claims and allegations, confer with the client, and prepare an appropriate answer.  This is the District's first request for an extension of its deadline to respond to the operative complaint, and granting this motion would not affect any other deadlines as there are no other deadlines presently scheduled.  Plaintiffs do not oppose the relief requested and thus would not be prejudiced by the granting of this motion.

For these reasons, the District respectfully requests that the Court grant this motion.

Date:   April 10, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ *Sarah Preis*
SARAH PREIS [997387]
HAILEY GUILLORY [90022027]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 727-5291
sarah.preis@dc.gov

*Counsel for Defendant District of Columbia*

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SINOBIA N. BRINKLEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | No. 21-CV-01537 (RBW) |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion to Extend Its Time to Answer, and for good cause shown, it is this _____ day of _____ 2026, hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file its answer to the Third Amended Complaint on or before June 9, 2026.

**SO ORDERED**.

_____
REGGIE B. WALTON
United States District Judge